UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.  2S:13-cr-118-FtM-29DNF

ROBIN K. WISNIEWSKI,
a/k/a "Robin Sabatine"

_____

**FORFEITURE MONEY JUDGMENT**

The United States moves for a forfeiture money judgment against defendant Robin K. Wisniewski in the amount of $25,793.41, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).  Being fully advised in the premises, the Court finds as follows:

The defendant has pleaded and has been adjudged guilty of theft of government funds in the amount of approximately $25,793.41 belonging to the United States Social Security Administration, namely the Social Security Administration Retirement and Survivors Insurance benefits, in violation of 18 U.S.C. § 641, as charged in Count One of the Superseding Indictment.

The United States has established that the defendant obtained proceeds in the amount of $25,793.41 as a result of the offense of conviction, which she used to pay her living expenses.

Accordingly, it is

**ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Robin K. Wisniewski is personally liable to the United States of America for a forfeiture money judgment in the amount of $25,793.41, which represents the amount of proceeds she received as a result of the offense for which she has been adjudged guilty in Count One.

In accordance with Rule 32.2(b)(4) and her Plea Agreement, the order of forfeiture will become final as to the defendant at the time it is entered. Plea Agreement, Doc. 53, at 5.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $25,793.41 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**ORDERED** in Fort Myers, Florida, on this 18th day of December, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record